Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

KEVIN M. THIBERT,

        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

        Defendant.

Civil No. 3:10-CV-06304-BR

**ORDER APPROVING AUXILIARY ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

    Counsel for Defendant having no objection, Motion is hereby granted in the sum of $5582.50 as full settlement of all claims for attorney fees regarding Plaintiff's auxiliary retroactive benefits pursuant to 42 U.S.C. §406(b). There are no other costs.

    IT IS SO ORDERED this day of July 11, 2013

                                        _____
                                        U.S. District Judge

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -    1